O

# United States District Court
# Central District of California

| | |
|---|---|
| GERBER PLUMBING FIXTURES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERIFREIGHT, INC., d/b/a/<br>LOGISTICS TEAM,<br><br>  Defendant. | Case No. 2:15-cv-04146-ODW(RAO)<br><br>**ORDER SETTING HEARING ON *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]** |

On June 2, 2015, Plaintiff Gerber Plumbing Fixtures, LLC, filed the Complaint and the pending *Ex Parte* Application for Temporary Restraining Order ("TRO Application"). (ECF Nos. 1, 3)  Gerber is seeking immediate equitable relief in a dispute with Defendant Amerifreight, Inc.  The Court hereby **SETS** a hearing on the TRO Application for **Tuesday, June 9, 2015, at 1:30 p.m.** in Courtroom 11 at the United States District Court, 312 N. Spring Street, Los Angeles, California.  The Court is willing to resolve all equitable matters at the hearing, to include Plaintiff's request for preliminary injunctive relief, should the parties be prepared to present the appropriate evidentiary support.

/ / /

/ / /

/ / /

The Court hereby **ORDERS** Plaintiff to appropriately serve Defendant a copy of this Order no later than **June 4, 2015,** and file a proof of service with the Court.

**IT IS SO ORDERED.**

June 3, 2015

_____
          **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**