# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATHAY LOGISTICS, LLC, a California Limited Liability Company and SINOFREIGHT, LLC, a Delaware Limited Liability Company Registered as a Foreign Entity in California and doing business as SB Freight,<br><br>Plaintiffs,<br><br>vs.<br><br>GERBER PLUMBING FIXTURES, LLC; AND DOES 1-25, INCLUSIVE,<br><br>Defendant. | Case No. 2:15-cv-02926-ODW (GJSx) [c/w Case No. 2:15-cv-04146-ODW (GJSx)]<br><br>**JUDGMENT** |

These consolidated actions were tried by jury beginning on February 28, 2017 with the Honorable Otis D. Wright, II, presiding. On March 9, 2017, the jury entered their verdict with respect to all claims in these consolidated actions.

**IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Sinofreight, LLC ("Sinofreight") and against Gerber Plumbing Fixtures, LLC ("Gerber") in the amount of $46,249.09 with respect to Sinofreight's claim for Common Counts against Gerber.

2. Judgment is entered in favor of Cathay Logistics, LLC ("Cathay") and

against Gerber in the amount of $288,775.00 with respect to Cathay's claim for Common Counts against Gerber.

3. Judgment is entered in favor of Gerber and against Amerifreight, Inc. dba Logistics Team ("Logistics Team") in the amount of $280,587.00 with respect to Gerber's claim for Breach of Contract against Logistics Team.

4. Judgment is entered in favor of Gerber and against 19201 Reyes, LLC ("19201 Reyes") with respect to Gerber's claim for conversion against 19201 Reyes.

5. Judgment is entered in favor of Gerber and against 19201 Reyes, Logistics Team, Cathay and Sinofreight with respect to Gerber's claim for Conspiracy to Commit Conversion.

**IT IS SO ORDERED.**

DATED: March 31, 2017

_____
Honorable Otis D. Wright II
United States District Court Judge

2
JUDGMENT

205570171.1 35201/184239